# ALABAMA COURT OF CRIMINAL APPEALS



June 21, 2024

**CR-2022-0767**

E.K.M. v. State of Alabama (Appeal from Tuscaloosa District Court:  DC-16-2705)

## <u>NOTICE</u>

You are hereby notified that on June 21, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk